**Order entered September 28, 2020**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-20-00849-CV**

**DSM MANAGEMENT GROUP INC., Appellant**

**V.**

**CULINAIRE INTERNATIONAL, INC., Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07194**

### ORDER

Before the Court is the parties' September 25, 2020 joint motion to abate the appeal. The parties seek the abatement so they can continue settlement discussions.

We **GRANT** the motion to the extent we **SUSPEND** all pending deadlines and **ORDER** appellant to file its docketing statement and requests for the record, a motion to dismiss the appeal, or a status report no later than October 28, 2020.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE